133 A.3d 2

Vamsidhar VURIMINDI, Petitioner

v.

PROTHONOTARY, Court of Common
Pleas Philadelphia, Respondent.

No. 3 EM 2016.

Supreme Court of Pennsylvania.

Feb. 24, 2016.

## ORDER

PER CURIAM.

AND NOW, this 24th day of February, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.